IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIK GILSTRAP, individually and as Personal Representative of the Estate of JERRY S. GILSTRAP, Deceased, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CBS CORPORATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-309 (MN) (SRF) <br> ) <br> ) <br> ) <br> ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on January 13, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 109) in this action, recommending that the Court grant the unopposed motion for summary judgment of Defendants General Dynamics Corporation and Electric Boat Corporation (D.I. 81); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 28th day of January 2021, that the Report and Recommendation is ADOPTED.

Defendants General Dynamics Corporation and Electric Boat Corporation's Motion for Summary Judgment (D.I. 81) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants General Dynamics Corporation and Electric Boat Corporation and against Plaintiffs Erik Gilstrap, individually and as Personal Representative of the Estate of Jerry S. Gilstrap, Deceased, Christopher Gilstrap, James Scott Gilstrap, Dawn Gilstrap, and Aaron Todd Gilstrap.

2

_____
The Honorable Maryellen Noreika
United States District Court Judge